**REMAND/MADE JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1398-GW(AGRx) | Date | April 13, 2012 |
|---|---|---|---|
| Title | *Marjorie Forshey v. Wal-Mart Stores, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Non Present | None Present | |

**PROCEEDINGS:**  **(IN CHAMBERS) COURT ORDER**

      On April 11, 2012, Plaintiff Marjorie Forshey filed a First Amended Complaint. Based on the Court's ruling on April 9, 2012 (Docket No. 20), the Court hereby remands this matter to the Los Angeles County Superior Court (BC476803).

                                                     :

Initials of Preparer   JG